Decided September 8, 2004

TYRONE PAYNE *v.* STATE OF CONNECTICUT

The plaintiff's petition for certification for appeal from the Appellate Court is denied.

*Tyrone Payne,* pro se, in support of the petition.

*Robert F. Vacchelli,* assistant attorney general, in opposition.

Decided September 8, 2004